UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CASE NO. 4:19CR69  　　　MINUTES  　　　JUDGE CODE: 3JBI

UNITED STATES OF AMERICA

_Stephen Lee_
Counsel for Plaintiff

Plaintiff

VS.

GILBERT BASALDUA, JOSEPH PASCUA, CRAIG GERMAN

AMY LEE COPELAND (~~RET~~) limited appearance
LYNNE FLEMING (RET)

Defendant　　　　　Counsel for Defendant

ALSO PRESENT:　　**SHERRI F. FLANDERS**　　Courtroom Deputy Clerk
　　　　　　　　　　**FTR**　　　　　　　　　　Court Reporter
9:27- 9:58　　　　Sarah/Joel　　　　　　U. S. Marshal
　　　　　　　　　　**ARRON MILLER**　　　U. S. Probation
　　　　　　　　　　　　　　　　　　　　　Law Clerk
　　　　　　　　　　　　　　　　　　　　　　　　　SAVANNAH, GA

MAY 30, 2019
DATE　　　　　　　　　　　　　　　　　　　　　　　　　PLACE

　　　　　　　　　　　　　　　　→ All　　　　↗ Pascua + German only
CASE CALLED THIS DATE FOR  INITIAL APPEARANCE & ARRAIGNMENT

CHARGES SET OUT BY THE COURT.

MAX. PENALTIES SET OUT BY GOV'T.

RIGHTS ADVISED.

DFT. PLEADS NOT GUILTY; PLEA ENTERED.

GOV'T WILL FOLLOW LIBERAL DISCOVERY POLICY.

PRETRIAL MOTIONS DEADLINES SET OUT BY THE COURT; ORDER ENTERED.

COUNSEL REQUESTS 40 ADDITIONAL DAYS TO FILE PRETRIAL MOTIONS; GRANTED.

BOND: Basaldua - $20,000.00 secured by $2,000.00 cash
　　　　Pascua - $50,000.00 secured by $2,000.00 cash
　　　　German - $50,000.00 secured by $2,000. cash

Joint Stip. PTD executed & entered by the Court, by D German.
Basaldua given 7 days to secure counsel.

# VERDICT

We, the jury find the defendant, _____

this _____ day of _____, 2019.

_____
Foreman

# PLEA

The defendant, __Joseph Pascua__, waives arraignment and pleads __not guilty__
In open Court, this __30th__ day of __May__, 2019.

_____
Counsel for Defendant

_____
Defendant

---

No. CR CR419 069

United States District Court
Southern District of Georgia
Savannah Division

UNITED STATES

vs.

GILBERT BASALDUA, et al.

INDICTMENT
FOR
18 U.S.C. §1832(a) and 18 U.S.C. §2314

Filed in open Court this ____ day
of May, 2019.

_____
Deputy Clerk

BOBBY L. CHRISTINE
United States Attorney

USA-40-21-3

---

# PLEA

The defendant(s) _____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

In open Court this _____ day of _____, 2019.

_____

_____

Witness:

_____
Clerk, United States Courts

# VERDICT

We, the jury find the defendant, _____

this _____ day of _____, 2019.

_____
Foreman

# PLEA

The defendant, **Craig German**, waives arraignment and pleads **not guilty**

In open Court, this **30th** day of **May**, 2019.

_____
Counsel for Defendant

_____
Defendant

---

No. CR **CR419 069**

United States District Court
Southern District of Georgia
Savannah Division

UNITED STATES

vs.

GILBERT BASALDUA, et al.

INDICTMENT
FOR
18 U.S.C. §1832(a) and 18 U.S.C. §2314

Filed in open Court this _____ day of May, 2019.

_____ Deputy Clerk

BOBBY L. CHRISTINE
United States Attorney

USA-40-21-3

---

# PLEA

The defendant(s) _____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

_____

In open Court this _____ day of _____, 2019.

_____

_____

Witness:

_____
Clerk, United States Courts