UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. CR419-069 |
| ) | |
| GILBERT BASALDUA, ) | |
| JOSEPH PASCUA, and ) | |
| CRAIG GERMAN, ) | |
| ) | |
| Defendants. ) | |

## NOTICE

At the arraignment of defendant Joseph Pascua on May 30, 2019, undersigned counsel entered only a limited appearance since Pascua had not retained her at that point in time. The Court instructed her to inform it within seven days whether or not she would be representing Pascua in this case. As of the filing of this notice, Pascua has not hired undersigned counsel, and counsel will not be entering a full appearance on his behalf.

Respectfully submitted this 6th day of June, 2019.

                                        ROUSE + COPELAND LLC
                                        /s/ Amy Lee Copeland
                                        Amy Lee Copeland
                                        Georgia Bar No. 186730

602 Montgomery Street
Savannah, Georgia 31401
912-807-5000
ALC@roco.pro

## CERTIFICATE OF SERVICE

Today I served a copy of this Notice on counsel for the government by filing it on the Court's PACER CM/ECF portal, which delivers via email a link to file-stamped copy of this notice to all counsel of record.

Today I also served Joseph Pascua by placing a copy of this Notice in the United States Mail with sufficient postage affixed and addressed to

>Joseph Pascua
>11 Parklands Drive, #1511
>Bluffton, SC 29910

This 6th day of June, 2019.

>ROUSE + COPELAND LLC
>
>/s/ Amy Lee Copeland
>Amy Lee Copeland
>Georgia Bar No. 186730

602 Montgomery Street
Savannah, Georgia 31401
912-807-5000
ALC@roco.pro